Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO
1330 Broadway, Suite 933
Oakland, California  94607
Telephone:  (510) 982-3001
Facsimile:    (510) 982-3302

Attorney for Alexander L. Shkolnikov
and Eugenia Shkolnikov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. SHKOLNIKOV and EUGENIA SHKOLNIKOV,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LA SALLE BANK, NATIONAL ASSOCIATION; and DOES 1-10<br><br>Defendants | Case No.:  C12-3996<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to the Fed.R.Civ.Pro. 41(a), Plaintiffs voluntary

dismiss the above-captioned action without prejudice.

Dated: January 28, 2013                    LAW OFFICE OF JASON W. ESTAVILLO


_____/s/ Jason W. Estavillo_____
Jason W. Estavillo
Attorney for Plaintiffs